```
JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA  92714
    714-474-2055
Attorneys for the Plaintiff
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   COURT NO: 92 A 20570
        Plaintiff,

    v.                      DEFAULT JUDGMENT

STEPHEN F. HOPKINS

        Defendant(s).
_____/

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from STEPHEN F. HOPKINS the sum of $9,824.18 as principal, $6,386.07 as accrued prejudgment interest, $140.00 administrative charges, and $20.00 costs, plus $0 attorney fees for a total amount of $16,370.25, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:  AUG 1 9 1992

                        LEONARD A. BROSNAN, CLERK
                        U.S. District Court
                        Central District of California

                        By: _____
                            Deputy Clerk